UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA WAHAB, on behalf of herself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>        -against-<br><br>VIASOX, LLC,<br><br>                      Defendant. | 24-cv-4695 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As a reminder, pursuant to the Court's June 24, 2024 Order, ECF No. 5, the parties are required to file on ECF a joint letter and proposed case management plan today, Thursday, September 26, 2024, in advance of the initial pretrial conference currently scheduled for Monday, September 30, 2024.

    SO ORDERED.

Dated: September 26, 2024
       New York, New York

                                              ARUN SUBRAMANIAN
                                           United States District Judge